UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-109-JSS-DCI
    21 U.S.C. § 841(a)(1)

TYRONE JOSE BELTRAN LUGO

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Possession of Controlled Substances with Intent to Distribute)**

On or about February 15, 2024, in the Middle District of Florida, the defendant,

TYRONE JOSE BELTRAN LUGO,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved five kilograms or more of a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

## **FORFEITURE**

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.  Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

ROGER B. HANDBERG
United States Attorney

By: _____
Noah P. Dorman
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
April 24

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

TYRONE JOSE BELTRAN LUGO

## INDICTMENT

Violations:  21 U.S.C. § 841(a)(1)

A true bi

_____
Foreperson

Filed in open court this 24th day of April, 2024.

_____
Clerk

Bail $_____